| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Industrial Skate & Boards, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:16-bk-14389-DPC** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 29, 2016**     X **/s/ Douglas Butcher**
                                       Signature of individual signing on behalf of debtor

                                       **Douglas Butcher**
                                       Printed name

                                       **President/CEO**
                                       Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:16-bk-14389-BKM    Doc 8    Filed 01/03/17    Entered 01/03/17 11:21:41    Desc
Main Document    Page 1 of 4

Fill in this information to identify the case:
Debtor name   **Industrial Skate & Boards, Inc.**
United States Bankruptcy Court for the:   **DISTRICT OF ARIZONA**
Case number (if known):   **2:16-bk-14389-DPC**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Scottsdale Fashion Square LLC**<br>**7014-590 E. Camelback Road**<br>**Scottsdale, AZ 85251** | | past due lease payments | | | | $35,587.42 |
| **TWC Chandler LLC**<br>**Suite 2142**<br>**3111 W. Chandler Blvd.**<br>**Chandler, AZ 85226** | | past due lease payments | | | | $34,223.80 |
| **East Mesa Mall, LLC**<br>**6555 E. Southern Avenue**<br>**Mesa, AZ 85206** | | past due lease payments | | | | $22,197.06 |
| **DVM Co, a joint venture**<br>**9617 Metro Parkway West**<br>**Phoenix, AZ 85051** | | past due lease payments | | | | $6,918.08 |

# United States Bankruptcy Court
## District of Arizona

In re **Industrial Skate & Boards, Inc.**  
Debtor(s)

Case No. **2:16-bk-14389-DPC**  
Chapter **11**

# DECLARATION

I, the President/CEO of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **1** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **December 29, 2016**

**/s/ Douglas Butcher**
**Douglas Butcher**/**President/CEO**
Signer/Title

Date: **December 29, 2016**

**/s/ Hilary L. Barnes hbarnes@allenbarneslaw.com**
Signature of Attorney
**Hilary L. Barnes hbarnes@allenbarneslaw.com 19669**
**Allen Barnes & Jones, PLC**
**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000   Fax: 602-252-4712**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

DVM CO, A JOINT VENTURE
9617 METRO PARKWAY WEST
PHOENIX AZ 85051


EAST MESA MALL, LLC
6555 E. SOUTHERN AVENUE
MESA AZ 85206


SCOTTSDALE FASHION SQUARE LLC
7014-590 E. CAMELBACK ROAD
SCOTTSDALE AZ 85251


TWC CHANDLER LLC
SUITE 2142
3111 W. CHANDLER BLVD.
CHANDLER AZ 85226